DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD KEELER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3043

[February 21, 2019]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 06-7293CF10A.

Edward Keeler, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***